UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DONNA NOTAFONZO,

    Plaintiff,

-vs-                                    CASE NO.: 6:15-CV-1747-ORL-31TBS

BIG LOTS, INC. and PROG LEASING, LLC
d/b/a PROGRESSIVE LEASING,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL OF COUNTS III AND IV WITHOUT PREJUDICE

COMES NOW the Plaintiff, DONNA NOTAFONZO, by and through her undersigned attorney, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and hereby files this Notice of Voluntary Dismissal Without Prejudice of Count III and Count IV of the captioned matter.

I HEREBY CERTIFY that on this 23rd day of November, 2015, I caused a copy of the foregoing to be electronically filed with the Clerk of the District Court using the CM/ECF system, which will provide electronic notice of the filing to all counsel of record and to Justin A. Angelo, Esquire at angeloj@ballardspahr.com.

/s/ *Frank H. Kerney, III*

Frank H. Kerney, III, Esq.
Morgan & Morgan, Tampa, P.A.
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
fkerney@forthepeople.com
Florida Bar #: 88672
Attorney for Plaintiff