UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DONNA NOTAFONZO,

  Plaintiff,

-vs-

BIG LOTS INC. and PROG LEASING,
L.L.C., d/b/a PROGRESSIVE LEASING

  Defendants.
_____/

CASE NO.: 6:15-CV-1747-ORL-31TBS

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Donna Notarfonzo, and the Defendant, Prog Leasing, L.L.C., d/b/a Progressive Leasing, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 10th day of August, 2016.

| | |
|---|---|
| */s/Frank H. Kerney, III, Esquire* | */s/Justin Angelo, Esquire* |
| Frank H. Kerney, III, Esquire | Justin Angelo, Esquire |
| Florida Bar#: 88672 | Florida Bar#: 820741 |
| Morgan & Morgan, Tampa, P.A. | Ballard Spahr LLP |
| One Tampa City Center | 919 3rd Avenue |
| Tampa, FL 33602 | New York, NY 10022 |
| Tele: (813) 223-5505 | Tele: (646) 346-8012 |
| Fax: (813) 223-5402 | Fax: (215) 865-8999 |
| fkerney@forthepeople.com | angeloj@ballardspahr.com |
| jkneeland@forthepeople.com | Attorney for Defendant |
| Attorney for Plaintiff | |